**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

| | |
|---|---|
| JORDAN DIXON, individually and on behalf of all others similarly situated<br><br>*Plaintiff,*<br><br>v.<br><br>SWEEPSTEAKES LIMITED, d/b/a Stake.us<br><br>*Defendant.* | Case No. 3:25-cv-9641-SAL |

**DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendant Sweepsteaks Limited d/b/a Stake.us, respectfully provides this Court with supplemental authority in support of its Motion to Compel Arbitration, namely a true and accurate copy of a USDC Court's Order Granting Defendant's Motion to Compel Arbitration in *Hall v. Sweepsteaks Limited*, Case No. 3:25-cv-345-RAH (M.D. Ala. 2025), which was issued on March 12, 2026, by Chief Judge Huffaker of the District Court for the Middle District of Alabama, Eastern Division. The Court's order in *Hall* is attached hereto as Exhibit A.

Dated: April 13, 2026

Respectfully submitted,

/s/ *Jack G. Gresh*
Jack G. Gresh (Fed. Bar No. 10559)
jack@dhs-lawfirm.com
DODDS, HENNESSY & STITH, LLC
1012 eWall St., Suite A
Mount Pleasant, SC 29464
(843) 881-1022

A. Jeff Ifrah (admitted *pro hac vice*)
jeff@ifrahlaw.com
IFRAH PLLC
1717 Pennsylvania Ave. NW, Suite 650
Washington, D.C. 20006
(202) 524-4140

*Counsel for Defendant*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on April 13, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

Dated: April 13, 2026

/s/ *Jack G. Gresh*
Jack G. Gresh (Fed. Bar No. 10559)